# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| GEORGE GILLETT,<br><br>            Plaintiff,<br>   v.<br><br>THOMAS MULLIGAN; CTC TRANSPORTATION INSURANCE SERVICES OF MISSOURI LLC; CTC TRANSPORTATION INSURANCE SERVICES OF HAWAII LLC; CRITERION CLAIM SOLUTIONS OF OMAHA, INC.; LEXICON INSURANCE MANAGEMENT LLC; CHELSEA FINANCIAL GROUP, INC.; 10-4 PREFERRED RISK MANAGERS INC. a/k/a 10-4 RISK MANAGEMENT; and COUNTY HALL INSURANCE COMPANY, INC., A RISK RETENTION GROUP,<br><br>            Defendants. | <u>CIVIL ACTION NO.</u><br><br>3:20-CV-58-CHB |

## NOTICE OF REMOVAL

Lexicon Insurance Management, LLC ("Leixicon") files this Notice of Removal from the Circuit Court of the Commonwealth of Kentucky for the County of Jefferson to the United States District Court for the Western District of Kentucky, pursuant to 28 U.S.C. § 1446. In support of this Notice of Removal, Lexicon submits as follows:

### PROCEDURAL HISTORY

1. Plaintiff filed this matter in the Commonwealth of Kentucky, Jefferson Circuit Court ("State Court") on or about December, 31 2019. Lexicon was served with the Complaint on or about January 9, 2020. A true and correct copy of the Summons and Complaint are attached as **Exhibit A**.[1]

---

[1] The Complaint is the only pleading filed in the state court action as of the date of this removal.

2. In the Complaint, Plaintiff asserted the following against Lexicon: (1) a claim for civil conspiracy; and (2) a claim for conversion.

## TIMELINESS OF REMOVAL

3. This Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446(b) as it has been filed within 30 days after receipt by Lexicon of copies of the Civil Summons and Complaint on or about January 9, 2020. *See also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999) (holding that the thirty-day period runs from formal service of the complaint).

4. To date, Lexicon has been notified that all Defendants have been served with the Complaint and Summons. All defendants have, through counsel, consented to removal of this action pursuant to 28 U.S.C. § 1441.

## VENUE

5. Venue for this removal action is proper pursuant to 28 U.S.C. § 1441 because the United States District Court, Western District of Kentucky is the district embracing the place wherein the state court action was pending.

## BASIS FOR REMOVAL

6. This Court has original jurisdiction pursuant to 28 U.S.C. §1332 as this is a civil action involving an amount in controversy exceeding $75,000, exclusive of interests and costs, and the only cognizable action stated in the Complaint is between citizens of different states.

7. In the lawsuit, Plaintiff seeks a recovery of not less than $750,000.00 from Lexicon. Accordingly, the amount of damages alleged is sufficient for this Court to have jurisdiction over this case. *See Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 554 (2014) (as

specified in 28 U.S.C. §1446, a defendant's notice of removal is only required to include a plausible allegation that the amount in controversy exceeds the jurisdictional threshold).

8. Plaintiff did not allege his state of residence in his Complaint. However, on information and belief, Plaintiff is a citizen of the State of Tennessee. *See* **Exhibit B**, George Gillet's Motion to Remand filed in *Gillett v. Spirit Commercial Auto Risk Retention Group, Inc., et al.*, Case No. 3:19-cv-00260-RGJ, Western District of Kentucky, at p. 8; *see also*, **Exhibit C**, George Gillet's Complaint filed in *Gillett v. Sarman Trucking LLC*, Case No. 10C04, in the Circuit Court for Clark County, State of Indiana, at ¶ 1.[2]

9. None of the Defendants, including Lexicon, are a citizen of the State of Tennessee. Specifically, the citizenship of each Defendant is as follows:

  a. Defendant Lexicon is a limited liability company organized under the laws of the State of New Jersey. *See* **Exhibit D**, Lexicon Articles of Incorporation.[3] Its members are citizens of the State of Vermont and the State of New Jersey.[4] *Id.*

  b. Defendant Thomas Mulligan, on information and belief, is a citizen of the State of New Jersey. *See* **Exhibit D**.

---

[2] This Court may take Judicial Notice of these documents filed by Plaintiff in other legal proceedings. *See Rodic v. Thistledown Racing Club, Inc.*, 615 F.2d 736, 738, (6th Cir. 1980) ("Federal courts may take judicial notice of proceedings in other courts of record.") (quoting *Granader v. Public Bank*, 417 F.2d 75, 82-83 (6th Cir. 1969)).

[3] As public records, this Court may take Judicial Notice of the records of Secretaries of State. *See Osborne v. Pinsonneault*, 2009 U.S. Dist. LEXIS 33957, ¶ 18 (W.D. Ky. Apr. 20, 2009) ("A court may properly take judicial notice of public records and government documents, including public records and government documents available from reliable sources on the internet.") (quoting *Polley v. Allen*, 132 S.W.3d 223 (Ky. Ct. App. 2004)).

[4] For purposes of diversity jurisdiction, limited liability companies have the citizenship of each partner or member. *See V&M Star, LP v. Centimark Corp.*, 596 F.3d 354, 356, (6th Cir. 2010) (internal quotation marks omitted) (internal citations omitted).

    c. Defendant CTC Transportation Insurance Services of Missouri LLC is a limited liability company organized under the laws of the State of Missouri. *See* **Exhibit E**, CTC Transportation Insurance Services of Missouri LLC Articles of Incorporation. Its member, Thomas Mulligan, on information and belief, is a citizen of the State of New Jersey. *Id.*; *see also*, **Exhibit D**.

    d. Defendant CTC Transportation Insurance Services of Hawaii LLC is a limited liability company organized under the laws of the State of Hawaii. *See* **Exhibit F**, Hawaii Secretary of State Company Information for CTC Transportation Insurance Services of Hawaii LLC. Its member, Thomas Mulligan, on information and belief, is a citizen of the State of New Jersey. *See* **Exhibits D and E**.

    e. Defendant Criterion Claim Solutions of Omaha, Inc. is a corporation organized under the laws of the State of Nebraska with its principal place of business located in Omaha, Nebraska.[5] *See* **Exhibit G**, Nebraska Secretary of State Company Information for Criterion Claim Solutions of Omaha, Inc.

    f. Defendant Chelsea Financial Group, Inc. is a corporation organized under the laws of the State of California with its principal place of business in Woodland Hills California. *See* **Exhibit H**, California Secretary of State Statement of Information for Chelsea Financial Group, Inc.

---

[5] "[A] corporation is a citizen of potentially two states--the state where it is incorporated and the state where its principal place of business is locate." *Id.* (citing 28 U.S.C. § 1332(c)(1)).

      g.  Defendant 10-4 Preferred Risk Managers Inc. a/k/a 10-4 Risk Management is a dissolved corporation organized under the laws of the State of Missouri. *See* **Exhibit I**, 10-4 Preferred Risk Managers Inc. Articles of Incorporation.

      h.  Defendant County Hall Insurance Company, Inc., a Risk Retention Group is a corporation organized under the laws of the State of North Carolina with its principal place of business located in Kernersville, North Carolina. *See* **Exhibit J**, County Hall Insurance Company, Inc., a Risk Retention Group' Articles of Incorporation.

10. No change of citizenship of the parties has occurred since the commencement of this action.

11. Based on the foregoing, Lexicon has met the requirements for this case to be removed to this Court.

12. Should any question arise to the propriety of the removal of this action, Lexicon respectfully requests the opportunity to brief any disputed issues and to present oral argument in support of its position that this case is properly removable.

13. In accordance with 28 U.S.C. §1446(d), undersigned counsel is giving written notice of the filing of this Notice of Removal, with attached exhibits, to Plaintiff through its counsel. Lexicon also filed with the clerk of the State Court a copy of a Notice of Filing of Removal to Federal Court. *See* **Exhibit K**, Notice of Filing of Notice of Removal.

14. This case is being removed subject to and without waiver of any challenge that Lexicon may have as to personal jurisdiction or any other claims or defenses that may be available.

WHEREFORE, pursuant to 28 U.S.C. §§1441 and 1446, Defendant Lexicon Insurance Management LLC respectfully removes to this Court the above-referenced civil action pending in

the Commonwealth of Kentucky, Jefferson Circuit Court, Case 19-CI-008110, including all claims and causes of action therein.

Dated: January 27, 2020

        Respectfully submitted,

        */s/ Denise M. Motta*
        Denise M. Motta
        Angelo D. DiBartolomeo
        GORDON REES SCULLY MANSUKHANI LLP
        325 W. Main Street Suite 1810
        Louisville, Kentucky 40202
        T: (502) 371-1253
        dmotta@grsm.com
        T: (502) 371-1262
        adibartolomeo@grsm.com
        *Counsel for Defendant Lexicon Insurance Management LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on, January 27, 2020, the foregoing was served via Email and/or sent via U.S. Mail as follows:

A. Nicholas Naiser
NAISER LAW OFFICE
600 West Main Street, Suite 500
Louisville, KY 40202
Tel:  (502) 882-5183
nick@naiserlaw.com
*Attorney for Plaintiff*

A. Pete Pullen
Breit Law Office
Glassworks II, Suite 100
214 S. 8th Street
Louisville, KY
Tel: (502) 583-5581
pete@breitlaw.com
*Attorney for Defendants Criterion Claim Solutions of Omaha, Inc., 10-4 Preferred Risk Managers Inc. a/k/a 10-4, and County Hall Insurance Company, Inc., a Risk Retention Group*

Michael E. Kleinert
Stites & Harbison, PLLC
400 West Market Street
Suite 1800
Louisville, KY 402002
Tel:  (502) 587-2079
mkleinert@stites.com
*Counsel for Defendants Thomas Mulligan, CTC Transportation Insurance Services of Missouri LLC, and CTC Transportation Insurance Services of Hawaii LLC*

Michael T. Davis
Kopka Pinkus Dolin PC
301 East Main Street, Suite 400
Lexington, KY 40507
Tel:  (859) 368-8999
mtdavis@kopkalaw.com
*Counsel for Chelsea Financial Group, Inc.*

*/s/ Angelo D. DiBartolomeo*
COUNSEL